UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CIELO JEAN GIBSON, <u>et al.</u>, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 23-11759 |
| DIVAS NIGHT BAR & GRILL CORP., <u>et al.</u>, | ) ) ) ) | |
| Defendants. | ) ) | |

REPORT AND RECOMMENDATION

December 7, 2023

Boal, M.J.

This action was filed on August 2, 2023. Docket No. 1. On November 20, 2023, this Court issued an order advising the plaintiffs that this Court would recommend to a District Judge that the action be dismissed without prejudice unless proof of service was filed or good cause shown why service had not been made by December 4, 2023. As of this date, plaintiffs have not responded to this Court's order and there has been no return to the Court of proof of service of the summons and complaint on defendants as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court. Accordingly, this Court recommends that a District Judge dismiss this action without prejudice.

REVIEW BY DISTRICT JUDGE

The parties are hereby advised that under the provisions of Fed. R. Civ. P. 72(b), any party who objects to these proposed findings and recommendations must file specific written objections thereto with the Clerk of this Court within 14 days of service of this Report and

1

Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made, and the basis for such objections. See Fed. R. Civ. P. 72. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Fed. R. Civ. P. 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation. See Phinney v. Wentworth Douglas Hospital, 199 F.3d 1 (1st Cir. 1999); Sunview Condo. Ass'n v. Flexel Int'l, Ltd., 116 F.3d 962 (1st Cir. 1997); Pagano v. Frank, 983 F.2d 343 (1st Cir.1993).

                                      /s/ Jennifer C. Boal
                                      JENNIFER C. BOAL
                                      United States Magistrate Judge